George F. ROCKHOLD, Trustee in Bankruptcy, Petitioner, v. Isaac Daniel BUIE, Bankrupt, Respondent. (Circuit Court of Appeals, Fifth Circuit. November 22, 1923. Rehearing Denied December 19, 1923.) No. 4075. Petition to Superintend and Revise from the District Court of the United States for the Northern District of Texas; Wm. H. Atwell, Judge. Paul Carrington and Joseph Manson McCormick, both of Dallas, Tex. (Etheridge, McCormick & Bromberg, of Dallas, Tex., on the brief), for petitioner. James A. Cooley and Angus G. Wynne, both of Kaufman, Tex. (Cooley & Crisp and Wynne & Wynne, all of Kaufman, Tex., on the brief), for respondent. Before WALKER and BRYAN, Circuit Judges, and GRUBB, District Judge.

BRYAN, Circuit Judge. This is a petition, by a trustee in bankruptcy, to superintend and revise an order of the District Court setting aside several tracts of land as exempt, on the ground that they constituted the bankrupt's homestead under the Constitution and laws of Texas. The facts are fully set forth in an opinion by the District Judge, reported in 287 Fed. 896. Authorities are cited in the opinion to the effect that a village is synonymous with a town, and includes the idea of incorporation. However, we do not understand that the District Judge so held, and are of opinion that a ruling upon

these questions is unnecessary in this case. With this qualification, we adopt the opinion of the District Judge, as well as the conclusion that the several tracts of land in controversy constituted the bankrupt's homestead and were therefore exempt. The petition to superintend and revise is denied.